



BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| KASPER KASPERIAN, ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 1, 2015, charging the above defendants with: 21 U.S.C. 846, 841(a)(1) 21 U.S.C. §§ 846, 841(a)(1)-Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substances; 21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance (2 counts); 21 U.S.C. 841(a)(1), 846 - Attempt to Distribute a Controlled Substance (oxycodone); and Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have

been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: October 1, 2015            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 1, 2015

_____
U.S. Magistrate Judge

Motion to Seal Indictment                     2