BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASPER KASPERIAN, EDMOND HORMOZI AND JOSEPH ATTAWAY,<br><br>Defendants. | CASE NO. 1:15-CR-00272 AWI-BAM<br><br>ORDER TO UNSEAL INDICTMENT AS TO DEFENDANTS HORMOZI AND ATTAWAY |

On October 1, 2015, the indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. IT IS HEREBY ORDERED that the indictment be unsealed as to defendants Hormozi and Attaway.

DATED: 10/7/15

_____
Honorable Barbara A. McAuliffe
United States Magistrate Judge

Motion to Unseal Indictment                3