PRECILIANO MARTINEZ
ATTORNEY AT LAW
STATE BAR NO.93253
1120 14TH Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 FAX
attymartinezp@yahoo.com

Attorney for Defendant
EDMOND HORMOZI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDMOND HORMOZI,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 1:15-CR-00272-DAD-BAM

**EX PARTE REQUEST FOR DEFENDANT'S WAIVER OF APPEARANCE**

TO THE HONORABLE COURT:

Defendant EDMOND HORMOZI hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing currently scheduled before the Honorable Barbra A. McAuliffe on February 12, 2018 at the hour of 1:00 p.m., where his presence is not necessary to ensure his constitutional rights. Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Further, defendant agrees that attorney Preciliano Martinez may appear on his behalf and that defendant will appear at any hearing next scheduled by the court.

DATED: 2/6/18　　　　　　　　　　　　　/s/ Preciliano Martinez
　　　　　　　　　　　　　　　　　　　Preciliano Martinez, Attorney for
　　　　　　　　　　　　　　　　　　　Edmond Hormozi

DATED: 2/6/18　　　　　　　　　　　　　/s/ Edmond Hormozi
　　　　　　　　　　　　　　　　　　　Edmond Hormozi

1

PRECILIANO MARTINEZ
ATTORNEY AT LAW
STATE BAR NO.93253
1120 14TH Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 FAX
attymartinezp@yahoo.com

Attorney for Defendant
EDMOND HORMOZI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>      vs.<br><br>EDMOND HORMOZI,<br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 1:15-CR-00272-DAD-BAM

~~PROPOSED~~ ORDER

 

This matter came before the court on defendant Edmond Hormozi's ex parte request that his personal appearance at the February 12, 2018  hearing be excused. The Court hereby grants the defendant's ex parte application and excuses his appearance on February 12, 2018.


IT IS SO ORDERED.


Dated:    **February 7,  2018**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE