UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMOND HORMOZI,<br><br>Defendant. | Case No. 1:15-CR-00272-DAD-BAM<br><br>**ORDER EXTENDING TIME TO COMPLETE EXAMINATION AND SERVICE OF ORDER** |

On March 12, 2019, this Court ordered defendant to be committed for psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b). Defendant arrived at the Metropolitan Detention Center in Los Angeles on April 5, 2019. The Court has received a request from the Acting Warden at the Metropolitan Detention Center for a fifteen-day extension of time to complete the ordered testing and examination.

For good cause shown, the Court GRANTS the extension of time. The Court GRANTS the requested extension to May 20, 2019 for the completion of the testing and examination necessary to develop a history, diagnosis, and opinion.[1] The report of the evaluation shall be submitted to the court by June 10, 2019.

/////

---

[1] Based upon the representations of the Acting Warden, the Court finds that commitment for the evaluation commenced upon defendant's arrival the Metropolitan Correctional Center on April 5, 2019.

1

The Clerk is directed to serve a copy of this order on Dr. Lisa Matthews, Chief Psychologist at both an email address of lhope@bop.gov and mailing address of MDC Los Angeles, 535 N. Alameda Street, Los Angeles Ca 90012, as well as on counsel for the parties.

IT IS SO ORDERED.

Dated: **April 26, 2019**

UNITED STATES DISTRICT JUDGE