HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00272-DAD-BAM-2 |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| EDMOND HORMOZI, | |
| *Defendant,* | |

Defendant, Edmond Hormozi, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Hormozi had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act. He submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Hormozi was sentenced to 126-month term of imprisonment on February 18, 2020 and is currently in custody.

After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Hormozi on his compassionate release proceedings related to this case.

DATED: March 23, 2021

      */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **March 23, 2021**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

-2-