UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMOND HORMOZI,<br><br>Defendant. | No. 1:15-cr-00272-DAD-BAM-2<br><br>ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND |

Defendant Edmond Hormozi has filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (Doc. No. 339.) The court has screened the motion pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 Cases, and the government is ordered to respond to the motion. Within 45 days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Defendant will have 30 days to file a reply to the government's response.

IT IS SO ORDERED.

Dated: **January 6, 2022**

_____
UNITED STATES DISTRICT JUDGE

1