HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:  (916) 498-5700
Facsimile:   (916) 498-5710

Attorneys for Defendant
EDMOND HORMOZI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00272-DAD-2 |
|---|---|
| Plaintiff, | **ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| EDMOND HORMOZI | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Edmond Hormozi's extension of time is granted.  The Defendant's Supplemental Brief or Notice of Not Filing shall be filed by September 16, 2024.  The Government's response shall be filed by October 16, 2024.  And reply by defendant shall be filed by October 31, 2024.

IT IS SO ORDERED.

Dated: __**August 13, 2024**__                    _/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-