IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDMOND HORMOZI, ) <br> ) <br> Defendant. ) <br> ) | Case №: 1:15-CR-00272-2-DAD <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments and Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that John Balazs be appointed to represent the above defendant in this case effective *nunc pro tunc* to August 15, 2024, substituting the Federal Defenders Office appointed per G.O. 670 and 595.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **August 19, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-