John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
balazslaw@gmail.com

Attorney for Defendant
EDMOND HORMOZI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMOND HORMOZI,<br><br>Defendant. | No. 1:15-CR-0272-DAD<br><br>**STIPULATION AND ORDER** |

The defendant, EDMOND HORMOZI, through counsel, and plaintiff United States, through counsel, hereby stipulate and request that the Court continue the briefing schedule on defendant's pro se motion to reduce sentence under 18 U.S.C. § 3582(c)(2) as follows:

Defendant's Supplemental Brief Due:   October 15, 2024

Government's Response Due:   November 15, 2024

Defendant's Reply Due:   December 2, 2024

///

///

///

1

This request is to provide defense counsel, who was recently appointed, additional time to review records, consult with the defendant in prison, and prepare a response.

Respectfully submitted,

Dated: September 13, 2024                     Dated: September 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Henry Z. Carbajal, III                        /s/ John Balazs
HENRY Z. CARBAJAL, III                      JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA          EDMOND HORMOZI

**ORDER**

IT IS SO ORDERED.

Dated:   **September 16, 2024**                    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE