AO 247 (Rev. 05/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:15-cr-00272-DAD-BAM   Document 428   Filed 06/20/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America
v.

EDMOND HORMOZI

Case No: 1:15-CR-00272-DAD-BAM-2

USM No: 72879-097

Date of Original Judgment: 2/18/2020
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

John Balazs
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   126   months **is reduced to**   120 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant's sentences on Counts 1, 2, and 3 are reduced to a sentence of 120 months as to each of those counts with those terms to be served concurrently. The aggregate 36-month term of supervised release previously imposed remains in place as do all the conditions of supervised release imposed at the time of defendant's original sentencing as set out in the original judgment (Doc. No. 224.).

Except as otherwise provided, all provisions of the judgment dated   02/20/2020   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 20, 2025

*Judge's signature* (Dale A. Drozd)

Effective Date: Up to 10 days from the date of this judgment.
*(if different from order date)*

Dale A. Drozd, District Court Judge
*Printed name and title*